# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Anthony Dane Ellis,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00231-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Frank L. Perry,** | ) | |
| | ) | |
| Respondent, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2017 Order.

February 13, 2017

Frank G. Johns, Clerk
United States District Court